```
 1  GUS W. FLANGAS, ESQ.
    Nevada Bar No. 04989
 2  gwf@fdlawllv.com
    JESSICA K. PETERSON, ESQ.
 3  Nevada Bar No. 10670
    jkp@fdlawlv.com
 4  FLANGAS DALACAS LAW GROUP
    3275 South Jones Blvd., Suite 105
 5  Las Vegas, Nevada 89146
    Telephone: (702) 307-9500
 6  Facsimile:  (702) 382-9452
    Attorneys for Plaintiff
 7
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEEN WESTLAKE, an individual; AMERICAN WILD HORSE PRESERVATION CAMPAIGN d/b/a AMERICAN WILD HORSE CAMPAIGN a California non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CHRIS MILLER, in his capacity as Enforcement Supervisor for the Nevada State Department of Agriculture; DOUG FARRIS as Animal Industry Administrator for the Nevada State Department of Agriculture; NEVADA STATE DEPARTMENT OF AGRICULTURE, a political subdivision of the State of Nevada; ZENA QUILLAN, an Individual; CATTOOR LIVESTOCK ROUNDUP, INC., A Utah Corporation; PYRAMID LAKE PAIUTE INDIAN TRIBE; DOES 1-X; DOE MEMBERS of the PYRAMID LAKE PAIUTE INDIAN TRIBE XI - XXX and ROE ENTITIES I-X <br><br> Defendants. | CASE NO.:   3:19-cv-00023-MMD-WGC |

### STIPULATION & ORDER FOR DISMISSAL

NOW COME, COLLEEN WESTLAKE, and AMERICAN WILD HORSE PRESERVATION CAMPAIGN d/b/a AMERICAN WILD HORSE CAMPAIGN , by and through their attorneys, GUS W. FLANGAS, ESQ., and JESSICA K. PETERSON, ESQ., of the FLANGAS DALACAS LAW GROUP; CHRIS MILLER and DOUG FARRIS, by and through their attorneys, Deputy Attorney General DENNIS BELCOURT, ESQ., Deputy Attorney General

BRANDYEE MOONEYHAN, ESQ., and Deputy Attorney General PETER KEEGAN, ESQ., on behalf of the Nevada Attorney General's Office; and CATTOOR LIVESTOCK ROUNDUP, INC., through its attorneys MARK NELSON, ESQ., of the Law Firm of DURHAM JONES & PINEGAR and JERRY SNYDER, ESQ., and pursuant to Fed.R.Civ.P. 41(a)(1)(ii) STIPULATE to DISMISS Case No.: 3:19-cv-00023-MMD-WGC, in its entirety, without prejudice, each party to bear its own attorneys fees and costs. As a result of the foregoing STIPULATION of the PARTIES the Hearing currently set for Monday, February 11, 2019 may be vacated.

DATED this _____ day of February, 2019

GUS W. FLANGAS, ESQ.
Nevada Bar No. 04989
gwf@fdlawllv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
Attorneys for Plaintiffs

DATED this 7 day of February, 2019

AARON D. FORD
Attorney General
Dennis L. Belcourt (Bar No. 2658)
Deputy Attorney General
Peter K. Keegan (Bar No. 12237)
Deputy Attorney General
Brandee M. Mooneyhan (Bar No. 7451)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
dbelcourt@ag.nv.gov
bmooneyhan@ag.nv.gov
pkeegan@ag.nv.gov

JERRY SNYDER
Nevada Bar No. 6830
JERRY SNYDER LAW
429 W. Plumb Ln.
Reno, NV 89509
nevadajerrysnyder@gmail.com
*Attorneys for Defendant Cattoor Livestock Roundup, Inc.*

MARK R. NELSON (*Pro Hac Vice in process*)
DURHAM JONES & PINEGAR
3301 N. Thanksgiving Way, Ste. 400
Lehi, UT 84043
mnelson@djplaw.com
*Attorneys for Defendant Cattoor Livestock*

**IT IS SO ORDERED**

Dated this _____ day of February 2019

_____
**MIRANDA DU**
**UNITED STATES DISTRICT JUDGE**

- 2 -

BRANDYEE MOONEYHAN, ESQ., and Deputy Attorney General PETER KEEGAN, ESQ., on behalf of the Nevada Attorney General's Office; and CATTOOR LIVESTOCK ROUNDUP, INC., through its attorneys MARK NELSON, ESQ., of the Law Firm of DURHAM JONES & PINEGAR and JERRY SNYDER, ESQ., and pursuant to Fed.R.Civ.P. 41(a)(1)(ii) STIPULATE to DISMISS Case No.: 3:19-cv-00023-MMD-WGC, in its entirety, without prejudice, each party to bear its own attorneys fees and costs. As a result of the foregoing STIPULATION of the PARTIES the Hearing currently set for Monday, February 11, 2019 may be vacated.

DATED this 7th day of February, 2019

GUS W. FLANGAS, ESQ.
Nevada Bar No. 04989
gwf@fdlawllv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
Attorneys for Plaintiffs

DATED this 7th day of February, 2019

AARON D. FORD
Attorney General
Dennis L. Belcourt (Bar No. 2658)
Deputy Attorney General
Peter K. Keegan (Bar No. 12237)
Deputy Attorney General
Brandee M. Mooneyhan (Bar No. 7451)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
dbelcourt@ag.nv.gov
bmooneyhan@ag.nv.gov
pkeegan@ag.nv.gov

JERRY SNYDER
Nevada Bar No. 6830
JERRY SNYDER LAW
429 W. Plumb Ln.
Reno, NV 89509
nevadajerrysnyder@gmail.com
*Attorneys for Defendant Cattoor Livestock Roundup, Inc.*

MARK R. NELSON (*Pro Hac Vice in process*)
DURHAM JONES & PINEGAR
3301 N. Thanksgiving Way, Ste. 400
Lehi, UT 84043
mnelson@djplaw.com
*Attorneys for Defendant Cattoor Livestock*

**IT IS SO ORDERED**

Dated this 8th day of February 2019

MIRANDA DU
UNITED STATES DISTRICT JUDGE

- 2 -